Anna Phillips, Appellee, v. City of Chicago, Appellant.

Gen. No. 44,103.

opinion filed November 3, 1947; released for publication November 18, 1947. Joseph F. Grossman, Acting Corporation Counsel, for appellant; L. Louis ·Karton, Head of Appeals & Review Div. and Adam E. Patterson, Assistant Corporation Counsel, of counsel; Finn & Fitzpatrick and Frank P. Kronenberg, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.

Lawndale National Bank of Chicago, Appellee, v. Carrie E. Berning and Walter N. Langknecht, Defendants.
Appeal of Walter N. Langknecht, Appellant.

Gen. No. 44,142.

opinion filed November 3, 1947; rehearing denied November 18, 1947; released for publication November 18, 1947. John H. Lyle, Edward T. Havey and Ernest H. Gager, for appellant; Richard P. Runke and Chester Edw. Emanuelson, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.